**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION**
DOUGLAS J. CAMPION, ESQ. (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| KENYATTA GILLIAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTBUY, INC., an Indiana corporation,<br><br>Defendant. | CASE NO. 3:13-cv-00140-JM-RBB<br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE OF SKYE RESENDES AS COUNSEL OF RECORD FOR PLAINTIFF KENYATTA GILLIAM**<br><br>Hon. Jeffrey Miller |

1

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Skye Resendes hereby appears as additional counsel for Plaintiff Kenyatta Gilliam in the above-referenced action.

All pleadings and papers should be served electronically in this action via ECF to skye@consumersadvocates.com.

DATED: January 22, 2013          Respectfully submitted,

/s/ Skye Resendes
Skye Resendes
LAW OFFICES OF RONALD A. MARRON, APLC
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: skye@consumersadvocates.com

*Attorney for Plaintiff and the Proposed Class*