LOCKE LORD LLP
Thomas J. Cunningham, Cal. Bar No. 263729
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312.443.1731
Facsimile: 312.896.6731
Email: tcunningham@lockelord.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT D. ROSE, Cal. Bar No. 62559
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
Email: rrose@sheppardmullin.com

Attorneys for Defendant DirectBuy, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATTA GILLIAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTBUY, an Indiana corporation,<br><br>Defendant. | Case No. 3:13-cv-00140-JM-RBB<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASE**<br><br>Judge: Hon. JEFFREY T. MILLER<br>Ctrm.: 16 |

TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA:

    Defendant DirectBuy, Inc. serves notice that the case entitled *Eugene Waldenmaier v. DirectBuy, Inc.* Case No. 13cv0063-BTM-NLS, which was filed January 9, 2013, is related to the instant case in that it involves the same defendant and is based on the same or similar claims, involving substantially the same facts and the same questions of law. Both cases are proposed class actions,

alleging violations of the Telephone Consumer Protection Act. Assignment to a single district would save judicial time and effort by all parties.

Please include the above-listed attorneys through e-service of all documents.

Dated: February 19, 2013

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By   /s/ Robert D. Rose
             ROBERT D. ROSE
             Attorneys for Defendant DirectBuy, Inc.
             Email: rrose@sheppardmullin.com

*Kenyatta Gilliam v. DirectBuy*
USDC, Southern District, Case No. 3:13-cv-00140-JM-RBB

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On **February 19, 2013**, I served true copies of the following document(s) described as **NOTICE OF RELATED CASE** on the interested parties in this action as follows:

Ronald Marron, Esq.
Email: ron@consumersadvocates.com
Attorneys for Plaintiff

Beatrice Skye Resendes
Email: skye@consumersadvocates.com
Attorneys for Plaintiff

Douglas J. Campion, Esq.
Email: doug@djcampion.com
Attorneys for Plaintiff

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 19, 2013**, at San Diego, California.

ROSEMARY POWERS-JONES

USDC Case No. 3:13-cv-00140-JM-RBB
SMRH:408034052.1